IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| AUTO MONEY NORTH, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FENTRESS BROWN, ) <br> ) <br> Defendant. ) <br> ) | CA No.: 0:21-cv-00393-JMC |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A BRIEF**

**THIS MATTER** comes before the Court on the Plaintiff Auto Money North, LLC's ("Auto Money North") Suggestion of Subsequent Authority & Motion & Memorandum for Leave to File a Brief;

**IT APPEARING TO THE COURT** that an order to remand was entered in the Middle District of North Carolina in *McDonald, et al. v. AutoMoney, Inc. et al.*, CA No. 1:21-cv-114 (M.D.N.C.) on November 30, 2021 concerning Plaintiff Auto Money North and Defendant Fentress Brown;

**IT FURTHER APPEARING TO THE COURT** that the order is relevant to this case, but might not address all the issues before this Court on Defendant Fentress Brown's pending Motion to Dismiss;

- 1 -

- 2 -

**IT FURTHER APPEARING TO THE COURT** that Plaintiff Auto Money North has shown good cause for leave to brief limited issues concerning the order and this case;

**NOW THEREFORE, IT IS HEREBY ORDERED** that Plaintiff is granted leave to file a brief limited within ten (10) days of this Order to the issues concerning the differences between the two cases regarding the amount in controversy addressed in Plaintiff's Motion & Memorandum for Leave to File a Brief; and

**IT IS HEREBY FURTHER ORDERED** that Defendant is granted leave to file a brief limited within ten (10) days after Plaintiff files its brief.

**IT IS SO ORDERED!**

<u>s/J. Michelle Childs</u>
J. Michelle Childs
United States District Judge

December 6, 2021
Columbia, South Carolina