AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Auto Money North LLC,
*Plaintiff*

v.                              Civil Action No.     0:21-393-JMC

Fentress Brown,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

■ other: the plaintiff shall take nothing of the defendant and this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendant's motion to dismiss.

Date:    February 18, 2022                                  *CLERK OF COURT*

                                                            s/Angie Snipes

                                                            *Signature of Clerk or Deputy Clerk*